AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COUNT

\*\*\*\*\*   DISTRICT OF   NEVADA

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,

      Plaintiff,

V.

SOUTHWEST LANDSCAPING &
MAINTENANCE, INC., et al.,

      Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

CASE NUMBER: **2:09-CV-01878-LRH-PAL**

__X__   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment (Doc. # 42) is GRANTED. Judgment is entered for Plaintiff and against Defendants. Costs are taxed in the amount of $12,763.47, and included in the judgment against Laura Jean Hink, per the Taxation of Costs entered on May 11, 2011 (Doc. # 64).

May 27, 2011

**LANCE S. WILSON**
Clerk

/s/ Katie Lynn Ogden
Deputy Clerk