# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHWEST LANDSCAPING & MAINTENANCE, INC., et al., ) <br> ) <br> Third Party Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MISTY SIMMONS, et al., ) <br> ) <br> Third Party Defendants. ) | Case No. 2:09-cv-01878-LRH-PAL <br><br> **ORDER** |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (Dkt. #27) filed January 28, 2010, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than September 15, 2010, or thirty days after decision of any pending dispositive motion(s). Plaintiff American Family Mutual Insurance Company's motion for summary judgment was granted on April 6, 2011. Judgment was entered in favor of Plaintiff and against the Defendants. The Third Party claims have not been dismissed and there has been no further activity in this case on the docket since November 8, 2011, when a Satisfaction of Judgment was entered (Dkt #69). There are no dispositive motions pending. Accordingly,

**IT IS ORDERED** that

1. Counsel for the third parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., July 26, 2012**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

///

///

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 12th day of July, 2012.

_____
Peggy A. Leen
United States Magistrate Judge